## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES POWERS, on his own behalf and on behalf of the class defined herein | : : : : | CIVIL ACTION NO. 06-2993 |
| v. | : : | |
| LYCOMING ENGINES, a Division of AVCO CORPORATION; AVCO CORPORATION; and TEXTRON, INC. | : : : : | |

| | | |
|---|---|---|
| PLANE TIME, LLC, on its own behalf and on behalf of others similarly situated | : : : | CIVIL ACTION NO. 06-4228 |
| v. | : : | |
| LYCOMING ENGINES, a Division of AVCO CORPORATION; AVCO CORPORATION; and TEXTRON, INC. | : : : : | |

## ORDER

**AND NOW**, this 9th day of February, 2011, upon consideration of the Third Circuit Court of Appeals' opinion and judgment vacating and the class certification order and remanding this action, Plaintiffs' Memorandum in Support of Re-Certification of the Implied Warranty of Merchantability Claim (Document No. 146) and the defendant's Memorandum of Law in opposition to class certification (Document No. 147), **IT IS ORDERED** that the plaintiffs' motion for class certification is **DENIED**.

                                                /s/Timothy J. Savage
                                                TIMOTHY J. SAVAGE, J.