# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES POWERS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO. 06-2993** |
| **LYCOMING ENGINES, a Division of** | : | |
| **AVCO CORPORATION and AVCO** | : | |
| **CORPORATION** | : | |

## ORDER

**AND NOW**, this 25th day of February, 2011, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that these actions are **DISMISSED** with prejudice, without costs.

       /s/Timothy J. Savage
       TIMOTHY J. SAVAGE,  J.